**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JULIANCITO LOPEZ | : | |
| Plaintiff, | : | Case No. 3:10cv00418 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| TY M. HORNICK, et al., | : | |
| Defendants. | : | |

## NOTICE

The discovery phase of this case has ended.  No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending.  The case is presently set for further proceedings, including trial, before United States District Judge Thomas M. Rose.  The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

November 15, 2012

                                                 s/Sharon L. Ovington
                                                 Sharon L. Ovington
                                           United States Magistrate Judge